SEALED

FILED

Mar 5  9:34 AM '15

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PIKE and JOSEPH FERRANTE,<br><br>Defendants. | Case No. 2:15-mj-00261-VCF<br><br>ORDER TO SEALED COMPLAINT |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this __5th__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on _____
that the foregoing document is a full true and correct
copy of the original on file in my office, and in my legal
custody.

CAM FERENBACH
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By _____ Deputy Secretary