UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-00075-RFB |
| | ) | |
| Plaintiff, | ) | ORDER FOR PRE-PLEA PRESENTENCE |
| | ) | REPORT FOR DETERMINATION OF |
| vs. | ) | CRIMINAL HISTORY |
| | ) | |
| GREGORY PIKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before this Court, Defendant GREGORY PIKE's [58] Motion for Order for Pre-Plea Presentence Report for Determination of Criminal History.

Pursuant to 18 U.S.C. § 3552 and Rule 32(c)(1) of the Federal Rules of Criminal Procedure and good cause appearing,  IT IS ORDERED that the United States Probation Department shall conduct a pre-plea presentence investigation for the sole purpose of determining Defendant's criminal history, and to provide that information to both the defense and the prosecution in this case.

DATED:  November 9, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

LAW OFFICES OF MICHAEL I. GOWDEY
                    NEVADA BAR NO. 6994
                815 S. CASINO CENTER BLVD.
                  LAS VEGAS, NV 89101